THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD SIMONS, Appellant.

Submitted April 28, 1937; decided May 25, 1937.

*Joseph Burger, Jack E. Levine* and *Morris Wagman* for appellant.

*John J. Bennett, Jr., Attorney-General (Maurice H. Matzkin* and *Joseph A. McLaughlin* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.